IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IMERYS USA, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| v. ) | No. 1:17-cv-03217-MHC |
| ) | |
| THIELE KAOLIN COMPANY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiff Imerys USA, Inc. and Defendant Thiele Kaolin Company, and represent to the Court that the parties have resolved the dispute between them in the above captioned action and, pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii), stipulate that all causes of action asserted in this action are hereby dismissed with prejudice, each party to bear its own costs.

DATED this 18th day of January, 2018.


**FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP**

*s/ Virginia L. Carron*
Virginia L. Carron, Esq.
Georgia Bar No. 112770
271 17th Street, NW. Suite 1400
Atlanta, GA 30363-6209

**BAKER, DONELSON, BEARMAN CALDWELL & BERKOWITZ, PC**

*s/Carl M. Davis*
Carl M. Davis II
Georgia Bar No. 207710
Monarch Plaza, Suite 1600
3414 Peachtree Rd., N.E.

(404) 653-6400
(404) 653-6444 (fax)
*virginia.carron@finnegan.com*

*Counsel for Plaintiff*
*Imerys USA, Inc.*

Atlanta, GA 30326
(404) 577-6000 – Telephone
(404) 221-6501 – Facsimile
*cdavis@bakerdonelson.com*

<u>*s/ M. Stuart Sutherland*</u>
M. Stuart Sutherland, Esq.
Stuart Sutherland Law, LLC
660 Glen Iris Drive, NE  No.408
Atlanta, GA 30308
Tel:  404-875-5797
Fax:  404-806-3831
*stuart@stuartsutherlandlaw.com*


*Counsel for Defendant*
*Thiele Kaolin Company*

## **FONT CERTIFICATION**

The undersigned counsel for Counsel for Plaintiff Imerys USA, Inc. hereby certifies that the foregoing document was prepared using Times New Roman 14-point font in accordance with Local Rule 5.1.

*s/Virginia L. Carron*
Virginia L. Carron, Esq.

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of January 2018, I served Defendant the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** via the CM/ECF online filing system for the U.S. District Court for the Northern District of Georgia as follows:

>Carl M. Davis II
>Monarch Plaza, Suite 1600
>3414 Peachtree Rd., N.E.
>Atlanta, GA 30326
>cdavis@bakerdonelson.com

>M. Stuart Sutherland, Esq.
>Stuart Sutherland Law, LLC
>660 Glen Iris Drive, NE  No.408
>Atlanta, GA 30308
>stuart@stuartsutherlandlaw.com

This 18th day January 2018.

>*s/ Virginia L. Carron*
>Virginia Carron, Esq.
>Georgia Bar No. 112770
>*Counsel for Defendant*
>*Thiele Kaolin Company*